## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| **JOHN DOE,** | **Case No. 26–cv–03683–ESK–MJS** |
| **Plaintiff,** | |
| v. | **OPINION AND ORDER** |
| **RUBEN MERCADO,** *et al.,* | |
| **Defendants.** | |

Plaintiff John Doe submitted a complaint pursuant to 42 U.S.C. § 1983 on April 7, 2026 (Complaint). (ECF No. 1.) I granted plaintiff's *in forma pauperis* application on April 14, 2026 and permitted the Complaint to proceed on April 16, 2026. (ECF Nos. 6, 8.) On April 24, 2026, mail sent to plaintiff at his address of record was returned as undeliverable. (ECF No. 9.) The envelope had "discharged" written on it. (*Id.* p. 1.)

Plaintiffs have an obligation to keep the Clerk's Office informed as to their current addresses. L.Civ.R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Plaintiff has not kept the Court informed of his current address. "Failure to file a notice of address change may result in the imposition of sanctions by the Court." L.Civ.R. 10.1(a).

I will administratively terminate the Complaint due to plaintiff's failure to keep the Clerk's Office informed of his current address.

**IT IS** on this **27th** day of **April 2026 ORDERED** that:

1. The Clerk shall ADMINISTRATIVELY TERMINATE the Complaint under Local Civil Rule 10.1.

2. Plaintiff may reopen the Complaint by submitting his current address. The Clerk shall REOPEN the Complaint upon receipt of plaintiff's updated address.

3.    The Clerk shall send a copy of this Opinion and Order to plaintiff by regular mail at his last known address.

_/s/ Edward S. Kiel_

**EDWARD S. KIEL**
**UNITED STATES DISTRICT JUDGE**